UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THONG NALEUNON | § | Case No. 17-80233 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          United States Bankruptcy Court
          Northern District of Illinois
          Western Division
          327 S. Church Street, Room 1100
          Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 09/22/17 in Courtroom 3100,

          United States Bankruptcy Court
          327 S Church Street
          Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/24/2017          By: /S/ BERNARD J. NATALE
                                                                   TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: §
§
§
THONG NALEUNON § Case No. 17-80233
§
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 85.09 |
| leaving a balance on hand of[1] | $ | 14,914.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Phoenix Capital, Llc | $ 25,043.40 | $ 25,043.40 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 14,914.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: BERNARD J. NATALE | $ 9.80 | $ 0.00 | $ 9.80 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 13.46 | $ 0.00 | $ 13.46 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ | 4,023.26 |
|---|---|---|---|
| | Remaining Balance | $ | 10,891.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,355.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | IRS | $ 9,355.86 | $ 0.00 | $ 9,355.86 |
| | Total to be paid to priority creditors | | $ | 9,355.86 |
| | Remaining Balance | | $ | 1,535.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,149.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | IRS | $ 421.60 | $ 0.00 | $ 79.45 |
| 2 | Capital One Bank (Usa), N.A. | $ 1,264.93 | $ 0.00 | $ 238.37 |
| 4 | Pyod, Llc Its As Assignee | $ 2,686.77 | $ 0.00 | $ 506.30 |
| 5 | Department Stores National Bank | $ 3,776.60 | $ 0.00 | $ 711.67 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,535.79 |

    Remaining Balance      $    0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /S/ BERNARD J. NATALE
                                 TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**CASE NO: 17-80233**
**CASE NAME: THONG CROSTY**

### PROOF OF SERVICE

STATE OF ILLINOIS        )
                         )  SS
COUNTY OF WINNEBAGO      )

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Final Report and Applications for Compensation** by sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

      SEE ATTACHED MATRIX (ALL ECF NOTICE WILL BE MADE TO
      ALL PARTIES LISTED WITH THE U S CLERK'S OFFICE FOR ECF
      NOTICE.)

      That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 31st day of August, 2017.

                                                        /s/ Mary Jane D'Angelo

SUBSCRIBED and SWORN to before me
31st day of August, 2017.
/s/   Denise M Bennett
Notary Public

My commission expires July 15, 2018

IRS
P O Box 7317
Philadelphia PA 19101-7317

Capital One Bank (USA) N A
P O Box 71083
Charlotte NC 28272-1083

PYOD LLC Assignee
Of Citibank NA
Resurgent Capital Services
P O Box 19008
Greenville SC 29602

Department Stores National Bk
% Quantum3 Group LLC
P O Box 657
Kirkland WA 98083-0657

Thong Naleunon
324 Charles Street
Sycamore IL 60178-2146

U S Trustee
780 Regent St, Ste 304
Madison WI 53715

Attorney Joseph Doyle
123 W Madison St, Ste 205
Chicago IL 60602