UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THONG NALEUNON | § | Case No. 17-80233 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 134,502.59                     Assets Exempt: 18,875.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  10,891.65     Claims Discharged
                                                 Without Payment:  168,420.11

Total Expenses of Administration:  4,108.35

---

3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 138,015.00 | $ 25,043.40 | $ 25,043.40 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,108.35 | 4,108.35 | 4,108.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,001.00 | 9,355.86 | 9,355.86 | 9,355.86 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,790.00 | 8,149.90 | 8,149.90 | 1,535.79 |
| **TOTAL DISBURSEMENTS** | $ 161,806.00 | $ 46,657.51 | $ 46,657.51 | $ 15,000.00 |

    4)  This case was originally filed under chapter 7 on 02/03/2017 . The case was pending for 9 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/18/2017           By:/s/BERNARD J. NATALE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Conveyance | 1241-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank/na, 300 N Hunt Club Rd Gurnee, IL 60031 | | 5,112.00 | NA | NA | 0.00 |
| | PHOENIX CAPITAL GROUP LLC, 48W511 RAMM ROAD Maple Park, IL 60151 | | 12,070.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The National Bank & Trust Co, 230 West State Street Sycamore, IL 60178-1489 | | 120,833.00 | NA | NA | 0.00 |
| 3 | Phoenix Capital, Llc | 4110-000 | NA | 25,043.40 | 25,043.40 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 138,015.00** | **$ 25,043.40** | **$ 25,043.40** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| BERNARD J. NATALE | 2200-000 | NA | 9.80 | 9.80 | 9.80 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 9.07 | 9.07 | 9.07 |
| Associated Bank | 2600-000 | NA | 76.02 | 76.02 | 76.02 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 13.46 | 13.46 | 13.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,108.35** | **$ 4,108.35** | **$ 4,108.35** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | IRS, PO Box 7317 Philadelphia, PA 19101-7317 | | 11,001.00 | NA | NA | 0.00 |
| 1P | IRS | 5800-000 | NA | 9,355.86 | 9,355.86 | 9,355.86 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 11,001.00 | $ 9,355.86 | $ 9,355.86 | $ 9,355.86 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex, Correspondence Po Box 981540 ElPaso, TX 79998 | | 3,674.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brent Haydon Attorney, 329 18th St # 100 Rock Island, IL 61201 | | 0.00 | NA | NA | 0.00 |
| | Capital One, Attn: General Correspondence/Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 1,264.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 2,226.00 | NA | NA | 0.00 |
| | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz Po Box 790040 Saint Louis, MO 63179 | | 2,780.00 | NA | NA | 0.00 |
| | H & R Accounts, 5320 22nd Avenue Moline, IL 61265 | | 0.00 | NA | NA | 0.00 |
| | H&R Accounts Inc, 7017 John Deere Parkway Moline, IL 61266-0672 | | 1,915.00 | NA | NA | 0.00 |
| | Illinois Community Credit Union, 508 W State Street Sycamore, IL 60178 | | 931.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law Office of Richard Bodmer, 3926 W. Touhy Avenue #200 Lincolnwood, IL 60712 | | 0.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 1,264.93 | 1,264.93 | 238.37 |
| 5 | Department Stores National Bank | 7100-000 | NA | 3,776.60 | 3,776.60 | 711.67 |
| 1U | IRS | 7100-000 | NA | 421.60 | 421.60 | 79.45 |
| 4 | Pyod, Llc Its  As Assignee | 7100-000 | NA | 2,686.77 | 2,686.77 | 506.30 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 12,790.00 | $ 8,149.90 | $ 8,149.90 | $ 1,535.79 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 17-80233 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | THONG NALEUNON | | | | Date Filed (f) or Converted (c): | 02/03/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/23/2017 |
| For Period Ending: | 10/18/2017 | | | | Claims Bar Date: | 07/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 324 Sharles Street Sycamore Il 60178-0000 Dekalb | 130,100.00 | 130,100.00 | | 0.00 | FA |
| 2. 2002 Lexus Es Mileage: 130,000 Paid In Full - Full Coverage | 2,725.00 | 2,725.00 | OA | 0.00 | FA |
| 3. Miscellaneous Used Household Goods And Furnishings | 600.00 | 0.00 | OA | 0.00 | FA |
| 4. Tvs And Computers | 115.00 | 0.00 | OA | 0.00 | FA |
| 5. Books, Pictures, And Cd's | 150.00 | 0.00 | OA | 0.00 | FA |
| 6. Wearing Apparel | 1,100.00 | 0.00 | OA | 0.00 | FA |
| 7. Miscellaneous Costume Jewelry | 650.00 | 0.00 | OA | 0.00 | FA |
| 8. Checking Account With Illinois Community Credit Union | 635.00 | 0.00 | OA | 0.00 | FA |
| 9. Certificate Of Deposit With First Midwest Bank | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 10. Savings Account With Illinois Community Credit Union | 300.00 | 0.00 | OA | 0.00 | FA |
| 11. Ira - 100% Exempt. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 12. Whole Life Insurance Policy Through Transamerica Premiere Li | 11,002.59 | 0.00 | OA | 0.00 | FA |
| 13. Fraudulent Conveyance (u) | 0.00 | 15,000.00 | OA | 15,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $153,377.59 | $147,825.00 | | $15,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS COMPROMISE PENDING TO SETTLE FRAUDULENT CONVEYANCE.

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 12/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-80233 | Trustee Name: BERNARD J. NATALE |
| Case Name: THONG NALEUNON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8830 |
| | Checking |
| Taxpayer ID No: XX-XXX1092 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/18/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/17/17 | 13 | Khekkeo Valleskey<br>6 Butler Court<br>Algonquin IL 60102 | Fraudulent Conveyance Compromise Undisclosed | 1241-000 | $15,000.00 | | $15,000.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $14,990.00 |
| 06/06/17 | 1101 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | 2017 Bond Premium Payment | 2300-000 | | $9.07 | $14,980.93 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.28 | $14,958.65 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.53 | $14,937.12 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.21 | $14,914.91 |
| 09/28/17 | 1102 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $2,259.80 | $12,655.11 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.   ($2,250.00) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Expenses   ($9.80) | 2200-000 | | | |
| 09/28/17 | 1103 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $1,763.46 | $10,891.65 |
| | | BERNARD J. NATALE LTD | Attorney Fees   ($1,750.00) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses   ($13.46) | 3120-000 | | | |
| 09/28/17 | 1104 | IRS<br>P O Box 7317<br>Philadelphia, Pa 19101-7317 | Distribution | | | $9,435.31 | $1,456.34 |
| | | | Page Subtotals: | | $15,000.00 | $13,543.66 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-80233
Case Name: THONG NALEUNON
Taxpayer ID No: XX-XXX1092
For Period Ending: 10/18/2017

Trustee Name: BERNARD J. NATALE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8830
Checking
Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | IRS | Ref #4051 | ($9,355.86) 5800-000 | | | |
| | | IRS | Ref #4051 | ($79.45) 7100-000 | | | |
| 09/28/17 | 1105 | Capital One Bank (Usa), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Ref #8061 | 7100-000 | | $238.37 | $1,217.97 |
| 09/28/17 | 1106 | Pyod, Llc Its As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Ref #7872 | 7100-000 | | $506.30 | $711.67 |
| 09/28/17 | 1107 | Department Stores National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Ref #6763 Macys | 7100-000 | | $711.67 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,000.00 | $15,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.00 | $15,000.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Page Subtotals: $0.00    $1,456.34

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8830 - Checking | $15,000.00 | $15,000.00 | $0.00 |
|  | $15,000.00 | $15,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |

Page Subtotals:  $0.00   $0.00